**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00010-CV**
_____

**KATHRYN WILLIAMS AND N.D. (DOUG) WILLIAMS, ET AL, Appellants**

**V.**

**LINDA TEMPLETON, INDIVIDUALLY AND AS TRUSTEE IN THE WILL OF DOYLE WADE TEMPLETON, Appellee**

_____

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 34173-A**

_____

**MEMORANDUM OPINION**

Appellant BP America Production Company ("BPAPC") filed a motion to dismiss its appeal. The motion is voluntarily made by BPAPC prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). We grant the motion to dismiss and dismiss the appeal of BPAPC. The appeal shall continue as to the remaining appellants.

1

APPEAL DISMISSED IN PART.


PER CURIAM


Submitted on April 28, 2021
Opinion Delivered April 29, 2021

Before Golemon, C.J., Kreger and Horton, JJ.

2